

# Fourth Court of Appeals
## San Antonio, Texas

October 15, 2018

No. 04-17-00332-CV

**AME & FE INVESTMENTS, LTD.,**
Appellant

v.

**NEC NETWORKS, LLC**, dba CaptureRX,
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-11952
Honorable David A. Canales, Judge Presiding

# O R D E R

The Appellant's Motion for Extension of Time to File Reply Brief is hereby GRANTED. Appellant's Reply Brief is due October 29, 2018.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of October, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court